No. 9749. STATE OF MONTANA, upon the Relation of BEN HANSEN, Petitioner, v. DISTRICT COURT OF THE ELEVENTH JUDICIAL DISTRICT of THE STATE OF MONTANA, in and for the COUNTY OF FLATHEAD, Respondents.

309 Pac. (2d) 362.

Decided April 3, 1957.

*James A. Cumming*, Columbia Falls, for petitioner.

Per Curiam.

Application for Writ of Mandate. Relator's application for a writ of mandate is denied, and the application and proceedings are ordered dismissed without prejudice.

MR. JUSTICES BOTTOMLY, ANGSTMAN, and ADAIR, concur.

MR. CHIEF JUSTICE HARRISON and MR. JUSTICE CASTLES not being members of the court when the oral arguments was held took no part in the decision.


No. 9752. GERALD THOMSON, D/B/A *THE LINOLEUM* SHOP, Plaintiff and Respondent, v. JOHN JOZOVICH, Defendant and Appellant.

310 Pac. (2d) 304.

Decided April 22, 1957.

*Joseph P. Monaghan*, Butte, for appellant.

*Poore & Poore*, Butte, for respondent.

Per Curiam.

Respondent having filed herein a motion to dismiss this cause and appellant having filed herein praecipe stating that the judgment herein has been settled and requesting this Court to grant the motion to dismiss;

It is therefore ordered that the motion be granted and that the appeal be and it is dismissed.

MR. CHIEF JUSTICE HARRISON and MR. JUSTICES CASTLES, BOTTOMLY and ADAIR, concur.